IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01425-RPM

CHARLES FARRAR,

    Applicant,

v.

RICK RAEMISCH, Exec Director, Colorado Dept of Corrections,
JAMES FALK, Warden, Sterling Correctional Facility, and
CYNTHIA COFFMAN, Attorney General, State of Colorado,

    Respondents.
_____

### ORDER FOR INITIAL RESPONSE
_____

    Upon preliminary review of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, filed on July 6, 2015, and pursuant to Rule 4 of the Rules Governing Section 2254 Cases, it is

    ORDERED that on or before August 10, 2015, the Respondents shall file an initial response stating whether any claim is barred by a failure to exhaust state remedies, a procedural bar or a statute of limitations.

    DATED:   July 8, 2015

                                   BY THE COURT:

                                   s/Richard P. Matsch
                                   _____
                                   Richard P. Matsch, Senior Judge

CERTIFICATE OF MAILING

I certify that a copy of the foregoing Order for Initial Response was mailed via U.S. Mail to the following:

Cynthia Coffman
Attorney General
Office of the Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

DATED: July 8, 2015

JEFFREY P. COLWELL, Clerk

s/M. V. Wentz
By_____
Deputy