IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01425-RPM

CHARLES FARRAR,

    Applicant,

v.

RICK RAEMISCH, Exec Director, Colorado Dept of Corrections,
JAMES FALK, Warden, Sterling Correctional Facility, and
CYNTHIA COFFMAN, Attorney General, State of Colorado,

    Respondents.
_____

ORDER DIRECTING RESPONDENTS TO PROVIDE STATE COURT RECORD
_____

Upon review of the Joint Motion for Order Directing Respondents to Provide State Court Record [Doc.9], it is

ORDERED that Respondents shall, on or before October 26, 2015, provide to the Court, in electronic format if possible, all available portions of the state court record in the case of *People v. Farrar*, Arapahoe County District Court case 01CR505, including all documents in the state court file and transcripts of all proceedings conducted in the state court, including physical evidence relevant to the claim.

DATED:   October 5th, 2015

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge