IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01425-RPM

CHARLES FARRAR,

    Applicant,

v.

RICK RAEMISCH, Exec Director, Colorado Dept of Corrections,
JAMES FALK, Warden, Sterling Correctional Facility, and
CYNTHIA COFFMAN, Attorney General, State of Colorado,

    Respondents.

_____

ORDER SETTING TIME TO REPLY
_____

    Pursuant to Rule 5(e) of the Rules Governing § 2254 cases, it is

    ORDERED that the Applicant may submit a Reply to the Respondents' Answer on or before November 30, 2015

    DATED:   October 30th, 2015

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior Judge